```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

LUNIQUE AGOSTINI,

                Plaintiff,

    - against -

SKULLCANDY, INC.,

                Defendant.

24-cv-4353 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to discuss settlement and provide an update to the Court by **September 13, 2024**. Failure to notify the Court by that date may result in dismissal without prejudice.

SO ORDERED.

Dated:    New York, New York
            June 10, 2024

                                    /s/ John G. Koeltl
                                         John G. Koeltl
                                United States District Judge